# United States Court of Appeals for the Federal Circuit

---

**BOARD OF REGENTS OF THE UNIVERSITY OF TEXAS SYSTEM, TISSUEGEN, INC.,**
*Plaintiffs-Appellants*

**v.**

**BOSTON SCIENTIFIC CORPORATION,**
*Defendant-Appellee*

---

2018-1700

---

Appeal from the United States District Court for the Western District of Texas in No. 1:17-cv-01103-LY, Judge Lee Yeakel.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

ENTERED BY ORDER OF THE COURT

September 5, 2019

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court